**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: CANVASS OF ABSENTEE AND/OR MAIL-IN BALLOTS OF NOVEMBER 3, 2020 GENERAL ELECTION | : | No. 676 MAL 2020 |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: DONALD J. TRUMP FOR PRESIDENT, INC. | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2020 the Emergency Petition for Allowance of Appeal is **DENIED**.